UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY RIGSBY, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.                              Hon. Terrence G. Berg

FICOSA NORTH AMERICA CORPORATION,    Case No. 2:22-cv-11742-TGB-KGA

    Defendant.
_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties have reached a settlement, and a Settlement Agreement has been executed.

**IT IS HEREBY ORDERED** that this action be dismissed **with prejudice** in its entirety and with respect to all asserted claims. Each party shall bear their own costs and attorneys' fees. The Court retains jurisdiction to reopen the case upon an *ex parte* motion by any party to enforce the terms of the parties' Settlement Agreement.

    **IT IS SO ORDERED.**

                                  /S/Terrence G. Berg_____
                                  UNITED STATES DISTRICT JUDGE

Dated: November 21, 2022

| | |
|---|---|
| /s/ _Jason T. Brown (w/consent)____<br>Jason T. Brown<br>Edmund C. Celiesius (to seek PHV)<br>**BROWN, LLC**<br>111 Town Square Place, Suite 400<br>Jersey City, NJ 07310<br>TEL:  (877) 561-0000<br>jtb@jtblawgroup.com<br>nicholasconlon@jtblawgroup.com<br>ed.celiesius@jtblawgroup.com<br><br>*Attorneys for Plaintiff* | /s/ Jeffrey S. Kopp_____<br>Jeffrey S. Kopp (P59485)<br>**FOLEY & LARDNER LLP**<br>500 Woodward Avenue, Suite 2700<br>Detroit, MI 48226-3489<br>Telephone:  313.234.7100<br>Facsimile:  313.234.2800<br>jkopp@foley.com<br><br>*Attorneys for Defendant FICOSA North America Corporation.* |

Dated:  November 18, 2022